**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

MICHAEL L. TURRILL (Bar No. 185263)
JOSEPH R. O'CONNOR (Bar No. 274421)
1999 Avenue of Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

REBECCA C. MANDEL (*pro hac vice*)
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants*
JONECA COMPANY, LLC and
THE JONECA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Judge: Honorable James V. Selna<br><br>Action Filed: November 27, 2024 |

**NOTICE OF APPEAL OF PRELIMINARY INJUNCTION ORDER.**

NOTICE IS HEREBY GIVEN that Defendants Joneca Company, LLC and The Joneca Corporation hereby appeal to the United States Court of Appeals for the Ninth Circuit the Order Regarding Motion for Preliminary Injunction entered on January 10, 2025, Dkt. 70 (under seal), Dkt. 71 (public), in the United States District Court, Central District of California, as well as all rulings, orders, findings, and conclusions leading up to that order. Pursuant to Ninth Circuit Rule 3-3(a), immediately upon filing, this notice of appeal must be transmitted by the District Court clerk's office to the Court of Appeals clerk's office.

Dated: January 13, 2025         HOGAN LOVELLS US LLP

*[signature]*

Trenton H. Norris

*Attorneys for Defendants*
JONECA COMPANY, LLC and
THE JONECA CORPORATION

**CIRCUIT RULE 3-2 REPRSENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), Defendants Joneca Company, LLC and The Joneca Corporation identify the following parties to the appeal and their attorneys:

*Counsel for Defendants-Appellants Joneca Company, LLC and The Joneca Corporation*:

Trenton H. Norris (trent.norris@hoganlovells.com)
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Michael L. Turrill (michael.turrill@hoganlovells.com)
Joseph R. O'Connor (joe.oconnor@hoganlovells.com)
Hogan Lovells US LLP
1999 Avenue of Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Rebecca C. Mandel (rebecca.mandel@hoganlovells.com)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Plaintiff-Appellees InSinkErator LLC*:

David Halberstadter (david.halberstadter@katten.com)
Asena Baran (asena.baran@katten.com)
Katten Muchin Rosenman LLP
2121 Avenue Of The Stars, Suite 1100
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Christopher A. Cole (chris.cole@katten.com)
Michael R. Justus (michael.justus@katten.com)
Katten Muchin Rosenman LLP
1919 Pennsylvania Ave NW, Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

Julia L. Mazur (julia.mazur@kattenlaw.com)
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

Dated: January 13, 2025                HOGAN LOVELLS US LLP


_____
Trenton H. Norris

*Attorneys for Defendants*
JONECA COMPANY, LLC and
THE JONECA CORPORATION