# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:24-cv-02600-JVS-ADS |
| Date | February 7, 2025 |
| Title | InSinkErator LLC v. Joneca Company, LLC |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Approving Mock-Up Stickers**

The Court has reviewed Joneca Company LLC's ("Joneca") mock-ups for displaying disclaimer stickers on its disposer cartons. (See Dkt. No. 84.) With the following changes, the Court approves the mock-ups:

1. Exhibit 1. Joneca shall place the disclaimer sticker adjacent to the 1 "HP" claimed horsepower, similar to Exhibit 3 or Exhibit 5.

2. Exhibit 4. Joneca shall place the disclaimer sticker adjacent to or beneath the "1 1/4 HP" claimed horsepower, similar to Exhibit 2 or Exhibit 3.

**IT IS SO ORDERED.**