**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

MICHAEL L. TURRILL (Bar No. 185263)
JOSEPH R. O'CONNOR (Bar No. 274421)
1999 Avenue of Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

REBECCA C. MANDEL (*pro hac vice*)
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants and Counter-Claimants*
JONECA COMPANY, LLC and
THE JONECA CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 83-1.4)**<br><br>Judge: Honorable James V. Selna |

Pursuant to C.D. Cal. Civil Local Rule 83-1.4, Defendants and Counter-Claimants Joneca Company, LLC and The Joneca Corporation (collectively, "Joneca"), by and through their undersigned counsel, file this Notice of Pendency of Other Actions or Proceedings to provide notice to the Court about the pending action, *Moen, Inc. v. InSinkErator LLC*, Case No. 1:25-cv-00095-BMB (N.D. Ohio) ("Ohio Action"). A copy of the Complaint in the Ohio Action is attached as **Exhibit A**.

The Ohio Action is currently pending in Northern District of Ohio before the Honorable Bridget Meehan Brennan. The parties to the Ohio Action are Moen, Inc. ("Moen") and InSinkErator LLC ("InSinkErator"). InSinkErator is the Plaintiff and Counter-Defendant in this above-captioned action.

The attorneys for Moen in the Ohio Action are as follows:

John S. Cipolla
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, OH 44114-1607
Phone: (216) 622-8808
Fax: (216) 241-0816
JCipolla@Calfee.com

Thomas L. Holt
Jeremy L. Buxbaum
Perkins Coie LLP
110 North Wacker Drive Suite No. 3400
Chicago, Illinois 60606
Phone: (312) 324-8400
Fax: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

No attorneys have appeared on behalf of InSinkErator in the Ohio Action at the time of this filing.

The Ohio Action involves a material part of the subject matter of this action. Specifically, the subject matter for both actions directly encompasses claims

regarding the measurement for horsepower in the garbage disposal industry that is reflected on garbage disposer packaging and advertising. In both actions, parties have alleged that InSinkErator has attempted, through asserting claims of false advertising, to enforce an industry standard for the testing of horsepower against competitors when no such industry standard exists. In the Ohio Action, Moen alleges, "There are many ways to measure HP [horsepower], and there is no accepted industry standard for testing the HP of garbage disposals." *See* Ex. A, ¶ 13. Moen similarly alleges that "the testing ISE provided to Moen fails to properly measure the operational system horsepower present in Moen's disposal units in real-world operation." *See id.* ¶ 26.

Furthermore, in the Ohio Action, Moen alleges that InSinkErator directly referenced this action as involving "similar issues" when making its demands to Moen. *See id.* ¶ 21 ("ISE referenced recent litigation it instigated in California relating to similar issues against another manufacturer of garbage disposals.").

For the above reasons, Joneca respectfully submits that this action involves a material part of subject matter of the Ohio Action.

Dated: June 2, 2025   HOGAN LOVELLS US LLP

  */s/ Trenton H. Norris*
  Trenton H. Norris

  *Attorneys for Defendants and Counter-Claimants*
  JONECA COMPANY, LLC and THE JONECA CORPORATION