# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC<br><br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>JONECA COMPANY LLC, et al.<br><br>　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>8:24−cv−02600−JVS−ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___7/22/2025___

Document No.: ___120___

Title of Document:  ___Notice of Motion and Motion to Modify Case Schedule___

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Other:

Document [120] Notice of Motion to Modify Case Schedule and [121] Memorandum in Support of Motion to Modify Case Schedule appears to be the same document

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: _July 23, 2025_　　　　　By:  _/s/ Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov_
　　　　　　　　　　　　　　　　　　Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*



**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**