Kalpana Srinivasan (SBN 237460)
Michael Gervais (SBN 330731)
Anna C. Coll (SBN 337548)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
acoll@susmangodfrey.com

*Attorneys for Plaintiff and
Counter-Defendant InSinkErator LLC*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INSINKERATOR LLC, *a Delaware limited liability company*,<br><br>Plaintiff,<br><br>vs.<br><br>JONECA COMPANY, LLC, *a Delaware limited liability company, and* THE JONECA CORPORATION, *a California corporation*,<br><br>Defendants.<br><br>JONECA COMPANY, LLC, *a Delaware limited liability company*,<br><br>Counter-Claimant,<br><br>vs.<br><br>INSINKERATOR LLC, *a Delaware limited liability company*,<br><br>Counter-Defendant. | Case No.: 8-24-cv-02600-JVS-ADS<br><br>**INSINKERATOR LLC'S NOTICE OF UNOPPOSED MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge:   Honorable James V. Selna<br><br>Date:    August 25, 2025<br>Time:   1:30 pm<br>Dept:    Courtroom 10C<br><br>Action Filed: November 27, 2024 |

1
INSINKERATOR'S NOTICE OF UNOPPOSED MOTION TO MODIFY CASE SCHEDULE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTE THAT** on August 25, 2025, at 1:30 p.m., before the Honorable James V. Selna, Courtroom 10C, United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff will, and hereby does, move the Court for an order granting Plaintiff's Unopposed Motion to Modify Case Schedule. This motion is based on this notice and supporting memorandum of points and authorities, and the other records, papers, and orders in this action, as well as such additional evidence and arguments as may be presented by the parties before or at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 22, 2025. Defendants do not oppose this motion.

Dated: July 22, 2025

**SUSMAN GODFREY L.L.P.**

By: */s/ Kalpana Srinivasan*

Kalpana Srinivasan (SBN 237460)
Michael Gervais (SBN 330731)
Anna C. Coll (SBN 337548)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
acoll@susmangodfrey.com

Joseph Grinstein (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jgrinstein@susmangodfrey.com

*Attorneys for Plaintiff and Counter-Defendant InSinkErator, LLC*