**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:   (415) 374-2300
Facsimile:    (415) 374-2499
trent.norris@hoganlovells.com

MICHAEL L. TURRILL (Bar No. 185263)
JOSEPH R. O'CONNOR (Bar No. 274421)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

REBECCA C. MANDEL (*pro hac vice*)
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants and Counter-Claimant*
JONECA COMPANY, LLC and
THE JONECA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>                    Defendants. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO INCREASE BOND AMOUNT** |
| JONECA COMPANY LLC, a Delaware limited liability company,<br><br>                    Counter-Claimant,<br><br>          vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>                    Counter-Defendant. | Judge: Honorable James V. Selna |

Pursuant to C.D. Cal. Local Rule 7-1 and the Initial Order Following Filing of Complaint Assigned to Judge Selna (ECF No. 16), Plaintiff and Counter-Defendant InSinkErator, LLC ("Plaintiff") and Defendants and Counter-Claimant Joneca Company, LLC and The Joneca Corporation ("Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1.    WHEREAS, Plaintiff filed its Complaint against Defendants on November 27, 2024 (ECF No. 1);

2.    WHEREAS, Defendants filed their First Amended Counterclaims against Plaintiff on March 10, 2025 (ECF No. 98);

3.    WHEREAS, Plaintiff filed its Unopposed Motion to Modify Case Schedule on July 23, 2025 (ECF No. 124), which the Court granted (ECF No. 126);

4.    WHEREAS, Plaintiff filed its Motion to Enforce Preliminary Injunction on August 27, 2025 with a hearing date set for October 20, 2025 at 1:30 p.m. (ECF No. 138);

5.    WHEREAS, Defendants intend to file their Motion to Increase Bond Amount on or before September 8, 2025;

6.    WHEREAS, the Parties have agreed to a modified briefing schedule for the Motion to Enforce Preliminary Injunction and a modified briefing schedule and proposed hearing date for the Motion to Increase Bond Amount (collectively, "Motions") in light of the upcoming Court holidays and preexisting obligations, and to allow for the Motions to be heard on the same date;

7.    WHEREAS, the proposed briefing schedules and proposed hearing date will not alter the date of any event or deadline already fixed by the Court, is made in good faith, is not for the purposes of any delay, will not prejudice any party or the Court, and is in the interest of judicial efficiency.

NOW, THEREFORE, and subject to the approval of the Court, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, and with good cause appearing that:

i.   Defendants shall file their Motion to Increase Bond Amount on or before September 8, 2025;

ii.   Defendants shall file their Opposition to Plaintiff's Motion to Enforce Preliminary Injunction on or before September 19, 2025;

iii.   Plaintiff shall file its Opposition to Defendants' Motion to Increase Bond Amount on or before September 29, 2025;

iv.   Plaintiff shall file its Reply in Support of its Motion to Enforce Preliminary Injunction on or before October 3, 2025;

v.   Defendants shall file their Reply in Support of their Motion to Increase Bond Amount on or before October 6, 2025;

vi.   The hearing on the Defendants' Motion to Increase Bond Amount shall be set for October 20, 2025 at 1:30 p.m.

The Parties respectfully request that the Court enter an order approving this stipulation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO SET BRIEFING SCHEDULE
Case No.:  8:24-cv-02600-JVS-ADS

**IT IS SO STIPULATED.**

Dated:  August 28, 2025                    HOGAN LOVELLS US LLP


                                           By:  */s/ Trenton H. Norris*
                                                 Trenton H. Norris

                                           *Attorneys for Defendants
                                           and Counter-Claimant*
                                           JONECA COMPANY, LLC and
                                           THE JONECA CORPORATION

Dated:  August 28, 2025                    SUSMAN GODFREY L.L.P.


                                           By:  */s/ Kalpana Srinivasan*
                                                 Kalpana Srinivasan (Bar No. 237460)
                                                 Michael Gervais (Bar No. 330731)
                                                 Anna C. Coll (Bar No. 337548)
                                                 1900 Avenue of the Stars, Suite 1400
                                                 Los Angeles, CA 90067-6029
                                                 Tel: (310) 789-3100
                                                 Fax: (310) 789-3150
                                                 ksrinivasan@susmangodfrey.com
                                                 mgervais@susmangodfrey.com
                                                 acoll@susmangodfrey.com

                                                 Joseph Grinstein (*pro hac vice*)
                                                 1000 Louisiana St., Suite 5100
                                                 Houston, TX 77002-5096
                                                 Tel: (713) 651-9366
                                                 Fax: (713) 654-6666
                                                 jgrinstein@susmangodfrey.com

                                           *Attorneys for Plaintiff and
                                           Counter-Defendant*
                                           INSINKERATOR, LLC

1

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4

2      The filer attests that the other signatories listed, on whose behalf the filing is

3 also submitted, are registered CM/ECF filers and concur in the filing's content and

4 have authorized the filing.

5

6 Dated:  August 28, 2025                    */s/ Trenton H. Norris*
                                            Trenton H. Norris
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO SET BRIEFING SCHEDULE
Case No.:  8:24-cv-02600-JVS-ADS