# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>    Defendants. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO INCREASE BOND AMOUNT [140]**<br><br>Judge: Honorable James V. Selna |
| JONECA COMPANY LLC, a Delaware limited liability company,<br><br>    Counter-Claimant,<br><br>  vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>    Counter-Defendant. | |

# ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that:

i. Defendants shall file their Motion to Increase Bond Amount on or before September 8, 2025;

ii. Defendants shall file their Opposition to Plaintiff's Motion to Enforce Preliminary Injunction on or before September 19, 2025;

iii. Plaintiff shall file its Opposition to Defendants' Motion to Increase Bond Amount on or before September 29, 2025;

iv. Plaintiff shall file its Reply in Support of its Motion to Enforce Preliminary Injunction on or before October 3, 2025;

v. Defendants shall file their Reply in Support of their Motion to Increase Bond Amount on or before October 6, 2025;

vi. The noticed hearing date on the Defendants' Motion to Increase Bond Amount when filed shall be October 20, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 02, 2025

_____
The Honorable Judge James V. Selna
United States District Court Judge