# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation, <br><br> Defendants. | Case No.: 8:24-cv-02600-JVS-ADS <br><br> Action Filed: November 27, 2024 <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES [156]** <br><br> Judge: Honorable James V. Selna |
| JONECA COMPANY LLC, a Delaware limited liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> INSINKERATOR LLC, a Delaware limited liability company, <br><br> Counter-Defendant. | |

# ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that the discovery deadlines be extended as follows:

| Event | Current Deadline (ECF No. 126) | Proposed Change |
|---|---|---|
| Discovery Cut-Off | 10/23/2025 | 11/6/2025 |
| Initial Disclosure of Experts | 11/20/2025 | 12/4/2025 |
| Rebuttal Disclosure of Experts | 1/5/2026 | 1/20/2026 |
| Expert Discovery Cut-off | 2/9/2026 | 2/23/2026 |
| Last Day for Dispositive Motions to be Filed and Served | 3/20/2026 | No change. |
| Deadline for Opposition Briefs | 5/1/2026 | No change. |
| Deadline for Reply Briefs | 5/22/2026 | No change. |
| Law and Motion Cut-Off | 6/8/2026, at 1:30 PM | No change. |
| Deadline for Motions *In Limine* | 7/17/2026 | No change. |
| Deadline to File Pretrial Documents | 8/7/2026 | No change. |
| Final Pretrial Conference | 8/17/2026, at 11:00 AM | No change. |
| Jury Trial | 9/15/2026 at 8:30 AM | No change. |

IT IS SO ORDERED.

Dated: September 30, 2025

The Honorable Judge James V. Selna
United States District Court Judge