Kalpana Srinivasan (SBN 237460)
Michael Gervais (SBN 330731)
Anna C. Coll (SBN 337548)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
acoll@susmangodfrey.com

Joseph Grinstein (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com

*Attorneys for Plaintiff and Counter-Defendant InSinkErator LLC*

[See additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSINKERATOR LLC, A Delaware limited liability company,<br><br>    *Plaintiff*,<br><br>vs.<br><br>JONECA COMPANY, LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>    *Defendants*. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>**JOINT REPORT REGARDING OUTCOME OF MEDIATION**<br><br>Judge:   Honorable James V. Selna<br><br>Action Filed:  November 27, 2024 |
| JONECA COMPANY, LLC, a Delaware limited liability company,<br><br>    *Counter-Claimant*,<br><br>vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>    *Counter-Defendant*. | |

Pursuant to the Court's May 6, 2025, Order Regarding Scheduling Dates (ECF No. 106) and the Court's September 10, 2025, Order Granting Joint Stipulation to Extend Mediation Deadline (ECF No. 149), Plaintiff and Counter-Defendant InSinkErator, LLC and Defendants and Counter-Claimants Joneca Company, LLC and The Joneca Corporation (collectively, the "Parties") hereby submit this Joint Report Regarding Outcome of Mediation.

On September 30, 2025, corporate representatives for the Parties and the Parties' counsel participated in a full-day, in-person mediation before the Honorable James L. Warren in San Francisco, California. The Parties did not resolve the matter at the September 30 mediation, but continue to correspond regarding a potential resolution of this matter. The Parties at this time do not require the Court's assistance with regard to ongoing mediation discussions, but will promptly inform the Court if the Parties would benefit from the Court's assistance.

Dated: October 6, 2025

By: */s/ Anna C. Coll*
Kalpana Srinivasan (SBN 237460)
Michael Gervais (SBN 330731)
Anna C. Coll (SBN 337548)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
acoll@susmangodfrey.com

Joseph Grinstein (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com

William J. Melsheimer (*pro hac vice*)
Stuart E. Pollack (*pro hac vice*)
SUSMAN GODFREY L.L.P.

One Manhattan West
New York, NY 1001
Tel: (212) 336-8330
Fax: (212) 336-8340
jmelsheimer@susmangodfrey.com
spollack@susmangodfrey.com

*Attorneys for Plaintiff and Counter-Defendant InSinkErator LLC*

By: /s/ *Trenton H. Norris*
Trenton H. Norris (SBN 164781)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 374-2300
Fax: (415) 374-2499
trent.norris@hoganlovells.com

Michael L. Turrill (SBN 185263)
Joseph R. O'Connor (SBN 274421)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

Rebecca C. Mandel (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Wahington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants and Counter-Claimants Joneca Company, LLC and the Joneca Corporation*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 6, 2025　　　　　　　　　　　/s/ *Anna C. Coll*
　　　　　　　　　　　　　　　　　　　　　Anna C. Coll