**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>Defendants.<br><br>JONECA COMPANY LLC, a Delaware limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>Counter-Defendant. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE PORTIONS OF REPLY IN SUPPORT OF MOTION TO INCREASE PRELIMINARY INJUNCTION BOND UNDER SEAL [166]**<br><br>Judge: Honorable James V. Selna<br>Date:  October 20, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 10C |

# ORDER

The Court, having considered Defendants' Unopposed Application for Leave to File Portions of Reply In Support Of Motion to Increase Preliminary Injunction Bond Under Seal ("Application") and the Declaration of Rebecca C. Mandel in Support of Defendants' Application, and with good cause appearing, hereby **GRANTS** the Application and orders that the following materials shall be filed under seal:

| Document | Portions To Be Filed Under Seal |
|---|---|
| Defendants' Reply In Support Of Motion to Increase Preliminary Injunction Bond | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: October 10, 2025

---
Honorable James V. Selna
United States District Judge