# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>　　　　　　　Defendants.<br><br>JONECA COMPANY LLC, a Delaware limited liability company,<br><br>　　　　　　　Counter-Claimant,<br><br>　　vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>　　　　　　　Counter-Defendant. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION [170]**<br><br>Judge: Honorable James V. Selna<br>Date:  October 20, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 10C |

# ORDER

The Court, having considered Defendants' Unopposed *Ex Parte* Application for Leave to File Surreply To Plaintiff's Reply In Support Of Motion To Enforce Preliminary Injunction ("*Ex Parte* Application"), and with good cause appearing, hereby orders as follows:

Defendants' *Ex Parte* Application is **GRANTED**. The Court hereby accepts for consideration the Surreply To Plaintiff's Reply In Support Of Motion To Enforce Preliminary Injunction and the supporting declaration and exhibits filed by Defendants on October 13, 2025 concurrently with their *Ex Parte* Application as Exhibits 1 and 2 thereto.

**IT IS SO ORDERED.**

Dated: October 14, 2025

_____
Honorable James V. Selna
United States District Judge