**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSINKERATOR LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>JONECA COMPANY LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>  Defendants.<br><br>JONECA COMPANY LLC, a Delaware limited liability company,<br><br>  Counter-Claimant,<br><br>vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>  Counter-Defendant. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>Action Filed: November 27, 2024<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES [182]**<br><br>Judge: Honorable James V. Selna |

# ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that the pretrial deadlines be extended as follows:

| Event | Current Deadline (ECF No. 159) | Proposed Change |
|---|---|---|
| Discovery Cut-Off | 11/6/2025 | 12/5/2025 |
| Initial Disclosure of Experts | 12/4/2025 | 12/19/2025 |
| Rebuttal Disclosure of Experts | 1/20/2026 | 2/4/2026 |
| Expert Discovery Cut-off | 2/23/2026 | No change. |
| Last Day for Dispositive Motions to be Filed and Served | 3/20/2026 | No change. |
| Deadline for Opposition Briefs | 5/1/2026 | No change. |
| Deadline for Reply Briefs | 5/22/2026 | No change. |
| Law and Motion Cut-Off | 6/8/2026, at 1:30 PM | No change. |
| Deadline for Motions *In Limine* | 7/17/2026 | No change. |
| Deadline to File Pretrial Documents | 8/7/2026 | No change. |
| Final Pretrial Conference | 8/17/2026, at 11:00 AM | No change. |
| Jury Trial | 9/15/2026 at 8:30 AM | No change. |

**IT IS SO ORDERED.**

Dated: November 04, 2025

The Honorable Judge James V. Selna
United States District Court Judge