Kalpana Srinivasan (SBN 237460)
Michael Gervais (SBN 330731)
Anna (Coll) Gorn (SBN 337548)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
agorn@susmangodfrey.com

Joseph Grinstein (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com

*Attorneys for Plaintiff and*
*Counter-Defendant InSinkErator LLC*

[See additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSINKERATOR LLC, A Delaware limited liability company,<br><br>     *Plaintiff*,<br><br>  vs.<br><br>JONECA COMPANY, LLC, a Delaware limited liability company, and THE JONECA CORPORATION, a California corporation,<br><br>     *Defendants*.<br><br>JONECA COMPANY, LLC, a Delaware limited liability company,<br><br>     *Counter-Claimant*,<br><br>  vs.<br><br>INSINKERATOR LLC, a Delaware limited liability company,<br><br>     *Counter-Defendant*. | Case No.: 8:24-cv-02600-JVS-ADS<br><br>**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**<br><br>Judge: Honorable James V. Selna<br><br>Action Filed: November 27, 2024 |

1   Plaintiff and Counter-Defendant InSinkErator LLC, Defendant and Counter-

2   Claimant Joneca Company, LLC, and Defendant The Joneca Corporation notify the

3   Court that they have settled, in principle, as reflected in a binding term sheet, all

4   matters in controversy in the above-captioned action. Accordingly, the Parties jointly

5   move the Court to stay any and all unreached deadlines in this matter for a period not

6   to exceed 30 days to allow the Parties to finalize the settlement of this matter, after

7   which the Parties will jointly move to dismiss all claims and counterclaims between

8   the Parties.

9

10  Dated: December 5, 2025                    SUSMAN GODFREY L.L.P.

11

12                                            By:  */s/ Kalpana Srinivasan*

13                                            Kalpana Srinivasan (SBN 237460)
                                              Michael Gervais (SBN 330731)
                                              Anna C. Coll (SBN 337548)
14                                            SUSMAN GODFREY L.L.P.
                                              1900 Avenue of the Stars, Suite 1400
15                                            Los Angeles, CA 90067
                                              Tel: (310) 789-3100
16                                            Fax: (310) 789-3150
                                              ksrinivasan@susmangodfrey.com
17                                            mgervais@susmangodfrey.com
                                              acoll@susmangodfrey.com
18
                                              Joseph Grinstein (*pro hac vice*)
19                                            SUSMAN GODFREY L.L.P.
                                              1000 Louisiana Street, Suite 5100
20                                            Houston, TX 77002
                                              Tel: (713) 651-9366
21                                            Fax: (713) 654-6666
                                              jgrinstein@susmangodfrey.com
22
                                              William J. Melsheimer (*pro hac vice*)
23                                            Stuart E. Pollack (*pro hac vice*)
                                              SUSMAN GODFREY L.L.P.
24                                            One Manhattan West
                                              New York, NY 1001
25                                            Tel: (212) 336-8330
                                              Fax: (212) 336-8340
26                                            jmelsheimer@susmangodfrey.com
                                              spollack@susmangodfrey.com
27
                                              *Attorneys for Plaintiff and Counter-*
28                                            *Defendant InSinkErator LLC*

Dated: December 5, 2025

HOGAN LOVELLS US LLP

By: */s/  Trent H. Norris*
Michael L. Turrill (Bar No. 185263)
Joseph R. O'Connor (Bar No. 274421)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4600
Fax: (310) 785-4601
michael.turrill@hoganlovells.com
joe.oconnor@hoganlovells.com

Trent H. Norris (Bar No. 164781)
Embarcadero Center, Suite 3500
San Francisco, CA 94111
Phone: (415) 374-2300
Fax: (415) 374-2499
trent.norris@hoganlovells.com

Rebecca C. Mandel (*pro hac vice*)
555 Thirteenth Street, NW
Washington, D.C. 20004
phone: (202) 637-5600
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorney for Defendant and Counter-*
*Claimant Joneca Company, LLC and*
*Defendant The Joneca Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record on December 5, 2025.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan