FILED

DEC 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INSINKERATOR, LLC, a Delaware limited liability company,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JONECA COMPANY, LLC, a Delaware limited liability company and JONECA CORPORATION, a California corporation,<br><br>        Defendants - Appellants. | No. 25-286<br><br>D.C. No.<br>8:24-cv-02600-JVS-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

Before: BERZON, HIGGINSON, and SUNG, Circuit Judges.[*]

     On or before next Friday, December 19, 2025, at 12:00PM PT, the parties are instructed to provide either a joint letter brief or separate letter briefs of not more than three pages addressing whether our court retains jurisdiction over this case, including over the parties' motion to stay the appeal, given the district court's dismissal of the entire underlying action. In connection to that issue, the parties should specifically address (1) whether the district court had jurisdiction to dismiss the case as a whole while the preliminary injunction appeal was pending, (2) assuming the district court had jurisdiction to dismiss the case, whether this court

---

      [*]    The Honorable Stephen A. Higginson, United States Circuit Judge for the Court of Appeals, 5th Circuit, sitting by designation.

has jurisdiction to grant the parties' motion to stay, given the district court's dismissal of the underlying action, and (3) assuming the district court lacked jurisdiction to dismiss the case, whether and how this court's present jurisdiction is affected by that conclusion.